UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SIGAL TZAFIR,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　　　　　　Respondents. | CASE NO. 2:25-cv-02070-DGE-GJL<br><br>ORDER DIRECTING FILING OF RETURN AND STATUS REPORT, § 2241 PETITION |

　　　Petitioner Sigal Tzafir, proceeding with counsel, initiated this action by filing a 28 U.S.C. § 2241 immigration habeas Petition. Dkt. 1. The filing fee has been paid. *See* Dkt. 1. Having reviewed the Petition, the Court **ORDERS** the following:

　　　(1)　　Service

　　　If not previously accomplished, electronic posting of this Order and Petitioner's Petition shall effect service upon the United States Attorney of the Petition and any supporting documents. Dkt. 1. Service upon the United States Attorney is deemed to be service upon the Respondents.

//

(2) <u>Return</u>

**Within 30 days of the date this Order is posted**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary.

Respondents shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner and her Counsel. The return will be treated in accordance with LCR 7. Accordingly, on the face of the Return, Respondents shall note it for consideration on the first business day occurring 28 days after it is filed, and the Clerk shall note the Return accordingly. Petitioner may file and serve a response not later than 21 days after the Return is filed and served, and Respondents may file and serve a reply brief not later than the business day designated for consideration of the matter.

(3) <u>Filing by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. All filings must indicate in the upper right-hand corner the name of the magistrate judge to whom the document is directed. Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(4) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

//

//

(5) <u>Change in Custody Status</u>

If Petitioner's custody status changes at any point during this litigation, **Respondents shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

Finally, the Clerk's Office is **DIRECTED** to send copies of this Order to Petitioner and to the Honorable David G. Estudillo.

Dated this 31st day of October, 2025.

Grady J. Leupold
United States Magistrate Judge