# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

SIGAL TZAFIR,

                    Petitioner,

  v.

PAMELA BONDI et al.,

                    Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 25-cv-2070-JHC-GJL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus is granted.  Dkt. # 17.  This case is closed.

Dated January 6, 2026

                                   Ravi Subramanian
                                   Clerk of Court

                                   */s/Ashleigh Drecktrah*
                                   Deputy Clerk