# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGAL TZAFIR, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | CASE NUMBER 25-cv-2070-JHC-GJL |
| TODD BLANCHE et al., | |
| Respondents. | |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The petition for writ of habeas corpus (Dkt. # 1) is granted. Dkt. # 17. Petitioner is

awarded $4,497.20 in attorney fees. *See* Dkt. # 23 at 7.

Dated May 21, 2026.

Joshua C. Lewis
Clerk of Court


*/s/Ashleigh Drecktrah*
Deputy Clerk